IN THE UNITED STATES BANKRUPTCY COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| IN RE THE MATTER OF: ) | CHAPTER 13 |
| ) | |
| Elizabeth Anderson ) | CASE NO. 08-31217 |
| ) | |
| Debtor ) | |

## OBJECTION TO TRUSTEE'S MOTION TO DISMISS

COMES NOW the Debtor, and by attorney, and hereby objects to the Trustee's Motion to Dismiss, and as grounds for said Objection, states as follows:

1. The Debtor's house payment went up due to her having a adjustable rate mortgage and high utility bills.

2. The debtor is in the process of a loan modification with her mortgage company and will be able to make her payments if the modification goes through.

3. The debtor has made a payment of $150.00. (See attached receipt)

WHEREFORE, the premises considered, the Debtor requests this Court to deny the Trustee's Motion to Dismiss.

Respectfully submitted this the 27 day of May, 2009.

/s/ Vonda S. McLeod
Vonda S. McLeod
Attorney for the Debtor

Of Counsel:
Shinbaum, McLeod and Campbell, P.C.
Post Office Box 201
Montgomery, Alabama 36101
(334) 269-4440

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above foregoing Objection on all parties listed below by electronic or postal mail on this the 27 day of May, 2009.

Hon. Curtis C. Reding
Trustee in Chapter 13
Post Office Box 173
Montgomery, AL 36101

/s/ Vonda S. McLeod
Vonda S. McLeod

**WESTERN UNION MONEY ORDER**

INTEGRATED PAYMENT SYSTEMS, INC. - ISSUER
Englewood, Colorado

09-088149651
82-40/1021

AGENT 308862 DATE 052609
TIME 1027 01
09088149651 3 LOCATION 000000    150.00 ****

** PAY EXACTLY ONE HUNDRED FIFTY DOLLARS AND NO CENTS ******

PAY EXACTLY

PAY TO THE ORDER OF Curtis C. ReQin

PAYMENT FOR/ACCT. #

3223 Suwanee Dr    08-31217

PURCHASER'S ADDRESS

PURCHASER, SIGNER FOR DRAWER
PURCHASER BY SIGNING YOU AGREE TO THE TERMS ON THE REVERSE SIDE.

Western Union Money Order and Design is a service mark of Western Union Holdings, Inc./Payable at Wells Fargo Bank Grand Junction - Downtown, N.A., Grand Junction, Colorado

⑆102100400⑆ 400908814965131⑈

E. Anderson